STATE of Missouri, Plaintiff–Respondent,

v.

Dennis Keith PARKER, Defendant–Appellant.

Dennis Keith PARKER, Petitioner–Appellant,

v.

STATE of Missouri, Respondent–Respondent.

Nos. 55515, 58591.

Missouri Court of Appeals, Eastern District, Division Three.

April 30, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 5, 1991.

Application to Transfer Denied July 23, 1991.

Richard Hereford, Clayton, Earlyne M. Thomas, St. Louis, for defendant-appellant.

William L. Webster, Atty. Gen., Robert P. Sass, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

ORDER

PER CURIAM.

Defendant appeals his conviction by a jury of one count of receiving stolen property in violation of § 570.080, and one count of making a false declaration to a police officer, in violation of § 575.060 RSMo 1986. He also appeals the order of the motion court which denied his Rule 29.15 motion for post conviction relief without a hearing.

No jurisprudential purpose would be served by a written opinion. However, the

parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).